# United States Court of Appeals for the Federal Circuit

---

**SPACECO BUSINESS SOLUTIONS, INC.,**
*Plaintiff-Appellant,*

**v.**

**MASS ENGINEERED DESIGN, INC. AND JERRY MOSCOVITCH,**
*Defendants-Appellees.*

---

2013-1432

---

Appeal from the United States District Court for the District of Colorado in No. 12-CV-2029, Judge R. Brooke Jackson.

---

**JUDGMENT**

---

CARL A. HJORT, III, SpaceCo Business Solutions, Inc., of Denver, Colorado, argued for plaintiff-appellant.

JOHN J. EDMONDS, Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC, of Houston, Texas, argued for defendants-appellees. With him on the brief was STEPHEN F. SCHLATHER. Of counsel was SHEA NEAL PALAVAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


February 12, 2014            /s/  Daniel  E.  O'Toole
Date                         Daniel E. O'Toole
                             Clerk of Court